10918.   DAVISBORO FERTILIZER CO. *v.* WYATT.

JENKINS, P. J. There were sufficient facts, necessarily within the knowledge of the trial judge, to have justified the reinstatement of the claim of the defendant in error, and no abuse of discretion appears. See *Maddox Coffee Co.* v. *McHan*, 22 *Ga. App.* 198 (2) (95 S. E. 736).

> *Judgment affirmed. Stephens and Smith, JJ., concur.*
> DECIDED APRIL 7, 1920.

Levy and claim——motion to reinstate claim; from city court of Sandersville——Judge Jordan.   August 1, 1919.

*A. R. Wright,* for plaintiff.   *M. L. Gross,* contra.